JS-6 / REMAND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARIA CARRANZA, an individual,<br><br>      Plaintiff,<br><br>  vs.<br><br>VIKING ELECTRONICS, INC.; EATON CORPORATION; COOPER INTERCONNECT, INC.; COOPER CROUSE-HINDS, LLC; and DOES 1-25, inclusive,<br><br>      Defendants. | Case No.: CV 15-229-DMG(MRWx)<br><br>**ORDER ON STIPULATION TO REMAND REMOVED ACTION [15]** |

**GOOD CAUSE HAVING BEEN SHOWN:**

It is hereby ordered that the Parties' Stipulation to Remand Removed Action is approved. The above-captioned action is hereby remanded to Ventura County Superior Court. Further, the scheduling conference set on February 13, 2015 is hereby VACATED.

**IT IS SO ORDERED.**

DATED: January 30, 2015  _____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE